IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Bradley James Albert,

        Plaintiff,

v.                      Case No. 1:23-cv-1530-MLB

Discover Bank,

        Defendant.

_____/

## ORDER

Having reviewed Plaintiff's Amended Complaint (Dkt. 8), the Court **DECLINES** to dismiss Plaintiff's claims for lack of subject matter jurisdiction at this preliminary stage.

**SO ORDERED** this 5th day of June, 2023.

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE