UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY JAMES ALBERT,<br><br>                Plaintiff,<br><br>vs.<br><br>DISCOVER BANK,<br><br>                Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-1530-MLB |

## J U D G M E N T

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed **WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 5th day of January, 2024.

                                                  KEVIN P. WEIMER
                                                  CLERK OF COURT

                                By:   s/ K. Gardner
                                         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
January 5, 2024
Kevin P. Weimer
Clerk of Court

By:   s/ K. Gardner
        Deputy Clerk