UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRADLEY JAMES ALBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER BANK,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NO.  1:23-cv-1530-MLB |

## AMENDED JUDGMENT

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

Ordered and Adjudged that counts 4, 10, and 11 are **DISMISSED WITHOUT PREJUDICE** and all other counts remain **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 11th day of July, 2024.

              KEVIN P. WEIMER
              CLERK OF COURT

         By:  <u>s/ P. Thompson</u>
            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 11, 2024
Kevin P. Weimer
Clerk of Court

By: <u>s/ P. Thompson</u>
   Deputy Clerk